## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF PRIVATE SALE OF    :   No. 383 WAL 2016
PROPERTY BY THE MILLCREEK          :
TOWNSHIP SCHOOL DISTRICT             :
                                           :   Petition for Allowance of Appeal from
                                           :   the Order of the Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issues, rephrased for clarity, are:

(1) Whether the Commonwealth Court had the authority under the Public School Code to order the public sale of Millcreek Township School District property pursuant to 24 P.S. § 7-707?

(2) Whether the Commonwealth Court erred in reversing the decision of the Court of Common Pleas approving the private sale of Millcreek Township School District property under 24 P.S. § 7-707?